UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 07-10375-JLT

**UNITED STATES OF AMERICA**

**v.**

**BARBARA DENENBURG**

**ORDER**

**DECEMBER 15, 2008**

**BOWLER, U.S.M.J.**

The Bureau of Prisons is hereby ORDERED to provide this court with the report of the evaluation of defendant Barbara Denenburg by December 19, 2008 and to simultaneously provide copies of the report directly to counsel.

  /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge

2